No. 74–364. UNITED STATES *v.* HALE. C. A. D. C. Cir. [Certiorari granted, 419 U. S. 1045.] Motion of respondent for appointment of counsel *nunc pro tunc* granted. It is ordered that Larry J. Ritchie, Esquire, of Washington, D. C., be, and he is hereby, appointed to serve as counsel for respondent in this case.

No. 74–653. MICHIGAN *v.* MOSLEY. Ct. App. Mich. [Certiorari granted, 419 U. S. 1119.] Motion of Americans for Effective Law Enforcement, Inc., for leave to file a brief as *amicus curiae* granted.

No. 74–1027. GARCIA ET AL. *v.* TEXAS STATE BOARD OF MEDICAL EXAMINERS ET AL. Appeal from D. C. W. D. Tex. Motion to defer consideration of appeal granted.

No. 74–1204. ROGERS *v.* UNITED STATES. C. A. 5th Cir. Motion of petitioner to expedite and to consolidate this case with No. 74–653, *Michigan* v. *Mosley, supra,* denied.

No. 74–6232. HARRELSON *v.* UNITED STATES ET AL. Motion for leave to file petition for writ of habeas corpus denied.